JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 -- In re Towner Petroleum Company Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/07/11 | 1 | MOTION, BRIEF, SCHEDULE, AND CERT. OF SERVICE -- Towner Petroleum Co., Towner Leveraged Private Program 1981-B, Ltd., David S. Towner, Wendell W. Robinson, Donald D. Alexander, Richard A. Lowe, Michael E. Jackson, Brian F. Lantier, Theodore C. Miskoe, Carl M. Adams, Lester L. Coleman, Edwin H. Smith and Martin A. Traber -- SUGGESTED TRANSFEREE DISTRICT: N.D. OHIO or E.D. PENNSYLVANIA  (cds) |
| 84/07/19 | 2 | RESPONSE -- Southeastern Asset Management, Inc. w/cert. of svc.  (ds) |
| 84/07/23 |  | APPEARANCES -- ROBERT WISHNER, ESQ. for Arthur F. Pizzinat, et al.; THOMAS A. MASTERSON, ESQ. for John T. Synnestvedt, et al.; JAMES B. WIELAND, ESQ. for Mary Ellen R. Brush, et al.; DANIEL I. MACINTYRE, ESQ. for Terrence D. Hughey, et al., Ernest A. Augat, et al., James H. Glenn, Jr., Allen J. Cousin and Paul Robert Johnston; PATRICK MICHAEL DUFFY, ESQ. for Edward K. Pritchard, Jr., et al.; MARTIN H. AUSSENBERG, ESQ. for Dr. John J. Shea; JEROME A. HOCHBERG, ESQ. for Towner Petroleum Co., et al.; DANIEL R. CHEMERS, ESQ. for Legg Mason Wood Walker, In Inc.;  R. KENNETH WHEELER, ESQ. for Wheat, First Securities, Inc.; CARL H. LANGSCHMIDT, JR., ESQ. for Morgan, Keegan & Co., Inc.; WILLIAM S. SMITH, ESQ. for Babitt, Meyers & Co. and Advest, Inc.; DAVID M. COOK, ESQ. for Southeastern ASset Management, Inc.; CHARLES A. REID, III, ESQ. for Tucker Anthony & R.L. Day, Inc.; MALCOLM D. YOUNT, JR., ESQ. for Robinson-Humphrey/American Express, Inc.           (ds) |
| 84/07/23 | 3 | RESPONSE -- John J. Shea w/cert. of svc.  (ds |
| 84/07/24 |  | APPEARANCE -- DAVID T. MADDOX, ESQ. for Daniel L. Davis, et al.  (ds) |
| 84/07/25 | 4 | RESPONSE -- Arthur Pizzanat, et al. w/cert. of svc.  (ds) |
| 84/07/26 | 5 | AMENDMENT TO MOTION -- Adding A-12 Harold Kaplan, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. -- w/Schedule and cert. of svc. (emh) |
| 84/07/26 | 6 | RESPONSE/MEMORANDUM -- Pltfs. John T. Synnestvedt, et al. -- w/cert. of svc. (emh) |
| 84/07/26 | 7 | RESPONSE/BRIEF -- Pltfs. Terrence D. Hughey, et al. -- w/cert. of svc. (emh) |
| 84/07/26 | 8 | RESPONSE -- Pltfs. Daniel L. Davis, et al. -- w/cert. of svc. (emh) |

| | | |
|---|---|---|
| 84/07/27 | | APPEARANCE -- DUNCAN BOECKMAN, ESQ. for Eppler, Guerin & Turner, Inc., Dan N. Wilhite, Dean W. Guerin, Joseph A. Marshall, Ralph P. McClelland, J. Everett Airington, Arthur S. Ellis, Jimmy Carter and Tom E. Sears   (ds) |
| 84/08/01 | 9 | REPLY -- Towner Petroleum Co., Towner Leveraged Private Program 1981-B, Ltd., David S. Towner, Wendell W. Robinson, Donald D. Alexander, Richard A. Lowe, Michael E. Jackson, Brian F. Lantier, Theodore C. Miskoe, Carl M. Adams, Lester L. Colman, Edwin H. Smith and Martin A. Traber -- w/cert. of service  (cds) |
| 84/08/02 | | APPEARANCE:  James D. Morton, Esq. for Parker/Hunter, Inc., Karl McGhee and George Mondik  (cds) |
| 84/08/02 | 10 | RESPONSE -- Mary Ellen R. Brush and Elizabeth R. Constantine -- w/cert. of service  (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion to transfer A-1 thru A-12 for Panel Hearing in San Francisco, California on September 20, 1984    (ds) |
| 84/08/06 | | APPEARANCE:  DANIEL I. MacINTYRE, ESQ. for Harold Kaplan, et al.  (cds) |
| 84/08/06 | 11 | LETTER (adopting pldg. #7) -- signed by Daniel I. MacIntyre, counsel for pltf. Harold Kaplan, et al. -- w/cert. of service (cds) |
| 84/08/06 | | AMENDED CERTIFICATE OF SERVICE -- Arthur Pizzinat, et al. -- attached to pldg. #4  (cds) |
| 84/08/27 | 12 | LETTER -- Supplementing response #2 -- filed by deft. Southeastern Asset Management, Inc. w/svc.  (ds) |
| 84/09/06 | 13 | LETTER (re pldg. #12) -- signed by Jerome A. Hochberg, counsel for Towner Petroleum Corp.  (cds) |
| 84/09/19 | | WAIVERS -- All parties waived (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/05 | | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable Donald W. VanArtsdalen in the Eastern Distirct of Pennsylvania pursuant to 28 U.S.C. §1407. (rh) |
| 84/10/05 | | TRANSFER ORDER -- transferring A-1 thru A-12 to the E.D. Pennsylvania for pretrial proceedings and assigned to the Hon. Donald W. VanArtsdalen pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients (rh) |
| 84/10/23 | | APPEARANCE -- IRA P. TIGER, ESQ. for Purdential-Bache Securities, Inc. previously named as Bache & Co., Inc.    (ds) |
| 84/12/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Harry D. Friedman v. Legg Mason Wood Walker, Inc., D. Maryland, C.A. No. HAR-84-3935.  Notified involved counsel and judge (rh) |
| 85/01/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Harry D. Friedman v. Legg Mason Wood Walker, Inc., D. Maryland, C.A. No. HAR-84-3935 -- Notified involved judges and clerks. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 607 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TOWNER PETROLEUM COMPANY SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 20 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 5, 1984 | TO | unpublished *313* | E.D. Pennsylvania | Hon. Donald W. VanArtsdalen | |

### Special Transferee Information

DATE CLOSED: *10-3-88*

JPML FORM 1     LISTING OF INVOLVED ACTIONS     Honorable Donald W. VanArtsdalen
Eastern District of Pennsylvania

DOCKET NO. 607 -- In re Towner Petroleum Company Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John T. Synnestvedt, et al. v. Towner Petroleum Co., et al. | E.D.Pa. Van Artsdalen | 84-2635 | N/A | | 10/3/88 D | |
| A-2 | Daniel L. Davis, et al. v. Eppler, Guerin & Turner, Inc., et al. | S.D.Tex. Black | H-84-2453 | 10-5-84 | 84-5759 | 10/3/88 P | |
| A-3 | Arthur F. Pizzinat, et al. v. Bateman Eighler, Hill Richards, Inc., et al. | C.D.Cal. Takasugi | 84-4024 | 10-5-84 | 84-5107 | 10/3/88 D | |
| A-4 | Mary Ellen R. Brush, et al. v. Legg Mason Wood Walker, Inc. | D.Md. Kaufman | K84-2197 | 10-5-84 | 84-5038 | 10/3/88 D | |
| A-5 | Terrence D. Hughey, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | N.D.Ga. Vining | C84-1074A | 10-5-84 | 84-5357 | 10/3/88 D | |
| A-6 | Allen J. Cousin, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | W.D.Pa. Simmons | C84-1325 | 10-5-84 | 84-4973 | 10/3/88 D | ✓ |
| A-7 | Edward K. Pritchard, Jr., et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | D.S.C. Blatt | 84-1302-8 | 10-5-84 | 84-5133 | 10/3/88 D | |
| A-8 | John J. Shea v. Towner Leveraged Private Program 1981-B, Ltd., et al. | W.D.Tenn. Horton | 84-2428-HA | 10-5-84 | 84-5145 | 10/3/88 D | |
| A-9 | James H. Glenn, Jr., et al. v. Towner Leveraged Private Program 1981-B, Ltd. | W.D.N.C. McMillan | C-C-84-278-M | 10-5-84 | 84-5237 | 10/3/88 D | |

DOCKET NO. 607 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Ernest H. Augat, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | D.Mass. Zobel | 84-1694 Z | 10/5/84 | 84-5832 | 10/3/88 D | |
| A-11 ✓ | Paul Robert Johnston, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | W.D.Pa. Simmons | 84-1430 | 10/5/84 | 84-4972 | 10/3/88 D ✓ | |
| A-12 | Harold Kaplan, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al. | M.D.Pa. Nealon | 84-0935 | 10/5/84 | 80-5061 | 10/3/88 D | Amended motion 1/26/84 |
| B-13 | Harry D. Friedman v. Legg Mason Wood Walker, Inc.   12-29-84 | D.Md. Hargrove | HAR-84-3935 | 10-14-85 | 85-4641 | 10/3/88 D | |

July 1985 - 12 TR; 1 XYZ; 13 Pdg.

| XYZ-14 | Clifford Rodgers, et al. v. David S. Towner, et al. | E.D.Pa. VanArtsdalen | 85-3112 | | | 9/3/85 D | |

July 1987 - 1 XYZ / 14 Pdg.
July 1988 - Same as 1987
July 1989 - 14 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 -- In re Towner Petroleum Company Securities Litigation

REVISED 7/25/84

Pltfs LC

JOHN T. SYNNESTVEDT, ET AL. (A-1)
Thomas A. Masterson, Esquire
Morgan, Lewis & Bockius
2000 One Logan Square
Philadelphia, Pennsylvania 19103

DANIEL L. DAVIS, ET AL. (A-2)
David T. Maddox, Esquire
Calvin, Dylewski, Gibbs,
 Maddox, Russell & Shanks
4500 Allied Bank Plaza
1000 Louisiana
Houston, Texas 77002

ARTHUR F. PIZZINAT, ET AL. (A-3)
Robert Wishner, Esquire
Rodi, Pollock, Pettker,
 Galbraith & Phillips
611 West 6th Street, Suite 1600
Los Angeles, California 90017

MARY ELLEN R. BRUSH, ET AL. (A-4)
James B. Wieland, Esquire
Ober, Kaler, Grimes & Shriver
1600 Maryland National Bank Bldg.
10 Light Street
Baltimore, Maryland 21201

TERRENCE D. HUGHEY, ET AL. (A-5)
ALLEN J. COUSIN, ET AL. (A-6)
JAMES H. GLENN, JR., ET AL. (A-9)
ERNEST H. AUGAT, ET AL. (A-10)
PAUL ROBERT JOHNSTON, ET AL. (A-11)
Daniel I. McIntyre, Esquire
MacIntyre and Weyant
1750 Peachtree Street, N.W.
Suite 275
Atlanta, Georgia 30309

EDWARD K. PRITCHARD, JR., ET AL. (A-7)
Patrick Michael Duffy, esquire
Morris, Duffy & Boone
141 East Bay Street
Charleston, South Carolina 29401

JOHN J. SHEA (A-8)
Martin H. Aussenberg, Esquire
Borod & Huggins
Post Office Box 3783
Memphis, Tennessee 38173

TOWNER PETROLEUM COMPANY
TOWNER LEVERAGED PRIVATE PROGRAM
 1981-B LTD.
DAVID S. TOWNER
WENDELL W. ROBINSON
DONALD D. ALEXANDER
RICHARD A. LOWE
MICHAEL E. JACKSON
BRIAN F. LANTIER
THEODORE C. MISKOE
CARL M. ADAMS
LESTER L. COLEMAN
EDWARD H. SMITH
MARTIN A. TRABER
Jerome A. Hochberg, Esquire
Arter & Hadden
1919 Pennsylvania Avenue, N.W.   Defts LC
Suite 400
Washington, D.C. 20006

LEGG MASON WOOD WALKER, INC.
Daniel E. Chemers, Esquire   Defts LC
Weinberg and Green
100 South Charles Street
Baltimore, Maryland 21201

WHEAT, FIRST SECURITIES, INC.
R. Kenneth Wheeler, Esquire
Hunton & Williams
Post Office Box 1535
Richmond, Virginia 23212

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 607 -- _____

MORAGAN, KEEGAN & COMPANY, INC.
Carl H. Langschmidt, Jr., esquire
Boone, wellford, Clark,
 Langschmidt & Apperson
Suite 2200, One Commerce Square
Memphis, Tennessee 38103

BABITT, MYERS & CO.
ADVEST, INC.
William S. Smith, Esquire
Gondelman, Baxter, McVerry
 Smith, Yatch & Trimm
718 Fifth Avenue
Pittsburgh, Pennsylvania 15219

BATEMAN EICHLER, HILL RICHARDS, INC.
ROBERT A. PLANCICH
EDWARD HEID
Steven P. Rice, Esquire
Kindel & Anderson
555 South Flower Street
26th Floor
Los Angeles, California 90071

SOUTHEASTERN ASSET MANAGEMENT, INC.
David M. Cook, Esquire
Hardison, McCarroll, Cook & Alexander
20 North Second Street
Memphis, Tennessee 38103

TUCKER ANTHONY & R.L. DAY, INC.
Charles A. Reid, III, Esquire
Shanley & Fisher, P.C.
550 Broad Street
Newark, New Jersey 07102

ROBINSON-HUMPHREY/AMERICAN EXPRESS, INC.
Malcolm D. Young, Jr., esquire
Peterson, Young, Self & Asselin
101 Marietta Tower
Suite 3300
Post Office Box 2212
Atlanta, Georgia 30303

EPPLER, GUERIN & TURNER, INC.
DAN N. WILLHITE
DEAN W. GUERIN
J. EVERTT AIRLINGTON
JOSEPH A. MARSHALL
RALPH P. MCCLELLAND
ARTHUR S. ELLIS
JIMMY CARTER
TOM E. SEARS
Duncan Boeckman, Esquire
Golden, Potts, Boeckman & Wilson
2300 RepublicBank Dallas Tower
Dallas, Texas 75201

PARKER/HUNTER, INC.
KARL MCGHEE
GEORGE MONDIK
James Morton, Esquire
Buchanan Ingersoll Professional Corp.
600 Grant Street
57th Floor
Pittsburgh, Pennsylvania 15219

HAROLD KAPLAN, ET AL. (A-12)
Daniel I. MacIntyre, Esq.
MacIntyre and Weyant
1750 Peachtree Street, N.W.
Suite 275
Atlanta, Georgia 30309

PRUDENTIAL-BACHE SECURITIES, INC. (Deft. in A-12)
Ira P. Tiger, Esquire
Schnader, Harrison, Segal & Lewis
Suite 3600
1600 Market Street
Philadelphia, Pennsylvania 19103

Deft
LC *

* See J. VanArtsdalen Order 12/11/84

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 -- In re Towner Petroleum Comapany Securities Litigation

| | |
|---|---|
| HARRY D. FRIEDMAN (B-13)<br>Thomas D. Washburne, Esq.<br>James B. Wieland, Esq.<br>Guy W. Warfield, Esq.<br>Ober, Kaler, Grimes & Shriver<br>1600 Maryland National Bank Bldg.<br>Baltimore, Maryland 21202 | |

JPML FORM 3

p. /

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 -- In re Towner Petroleum Company Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Towner Petroleum Co. | A-1 |
| David S. Towner | A-1 |
| Wendell W. Robinson | A-1 |
| Donald D. Alexander | A-1 |
| Richard A. Lowe | A-1 |
| Michael E. Jackson | A-1 |
| Brian F. Lantier | A-1 |
| Theodore C. Miskoe | A-1 |
| Carl M. Adams | A-1 |
| Lester L. Coleman | A-1 |
| Edward H. Smith | A-1 |

| | | |
|---|---|---|
| ✓ | Martin A. Traber | A-1 |
| ✓ | Towner Leveraged Private Program 1981-B, Ltd., an Ohio Ltd. Partnership | A-1, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12 |
| | Eppler, Guerin & Turner, Inc. | A-2 |
| C | Dan N. Willhite | A-2 |
| C | Dean W. Guerin | A-2 |
| O | J. Everett Airington | A-2 |
| U | Joseph A. Marshall | A-2 |
| | Ralph P. McClelland | A-2 |
| | Arthur S. Ellis | A-2 |
| O | Jimmy Carter | A-2 |
| S | Tom E. Sears | A-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 607 -- In re Towner Petroleum Company Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Bateman Eichler Hill Richards, Inc. | A-3 |
| | ~~Hill Richards, Inc.~~ | ~~A-3~~ |
| ✓ | Robert A. Planchich | A-3 |
| ✓ | Edward Heid | A-3 |
| ✓ | Legg Mason Wood Walker, Inc., a Maryland Corp. | A-4, B-13 |
| ✓ | Robinson-Humphrey/American Express, Inc. | A-5, A-7 |
| ✓ | Babbitt, Meyers & Co. | A-6 |
| ✓ | Advest, Inc. | A-6 |
| ✓ | Morgan Keegan & Co., Inc. | A-8 |
| ✓ | Southeastern Asset Management | A-8 |
| ✓ | Wheat-First Securities, Inc. | A-9 |

p. __4__

| | |
|---|---|
| 0\|6 Tucker Anthony & R.L. Day, Inc. | A-10 |
| Parker/Hunter, Inc. | A-11 |
| Karl McGhee | A-11 |
| George Mondick | A-11 |
| Bache & Co., Inc. (now as Prudential Bache Securities, Inc.) | A-12 |
| | |
| | |
| | |
| | |
| | |