JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 607

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TOWNER PETROLEUM COMPANY SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of twelve actions pending in eleven districts as follows:[1]/

| District | Actions |
|---|---|
| Western District of Pennsylvania | 2 actions |
| Central District of California | 1 action |
| Northern District of Georgia | 1 action |
| District of Maryland | 1 action |
| District of Massachusetts | 1 action |
| Western District of North Carolina | 1 action |
| Eastern District of Pennsylvania | 1 action |
| Middle District of Pennsylvania | 1 action |
| District of South Carolina | 1 action |
| Western District of Tennessee | 1 action |
| Southern District of Texas | 1 action |

Before the Panel is a motion brought by Towner Petroleum Company (Towner), Towner Leveraged Private Program 1981-B, Ltd. (the 1981-B Program) and ten Towner officers and/or directors to centralize the actions under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings in the Northern District of Ohio or, in the alternative, in the Eastern District of Pennsylvania. With the exception of one co-defendant in the Tennessee action that has subsequently notified the Panel that it has reached a settlement with the plaintiff in that action, all responding parties either agree upon or do not oppose centralization. The only disagreement concerns selection of the transferee forum. The plaintiffs in nine actions (the California, Georgia, Maryland, Massachusetts, North Carolina, Tennessee, Middle District of Pennsylvania and the two Western District of Pennsylvania actions) and the 53 plaintiffs in the Eastern District of Pennsylvania action that are not plaintiffs in any other action[2]/ all support selection of the Eastern District of Pennsylvania as transferee forum. Plaintiffs in the Texas action favor selection of the Southern District of Texas as transferee forum.

---

[1]/ The original motion before the Panel included only eleven actions. The motion was amended on July 26, 1984, to add the action pending in the Middle District of Pennsylvania.

[2]/ Of a total of 67 plaintiffs in the remaining eleven actions, 59 are also plaintiffs in the Eastern District of Pennsylvania action.

-2-

On the basis of the papers filed,3/ the Panel finds that these actions involve common questions of fact, and that centralization of the actions under Section 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All the actions arise out of the sale by Towner and assorted broker dealers of limited partnership interests in the 1981-B Program. Each action is predicated on the contention that adverse information concerning Towner and the 1981-B Program was not disclosed, in violation of securities laws, to purchasers of the limited partnership interests. Centralization of these actions is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

While a number of forums could be considered appropriate transferee forums for this litigation, on balance we are persuaded that the Eastern District of Pennsylvania is the most preferable forum. In particular, we note that: 1) the Eastern District of Pennsylvania action contains allegations that are broadest in scope; 2) of the 120 plaintiffs suing in the various actions (and residing all over the United States), 112 have already opted to litigate in the Eastern District of Pennsylvania by filing suit there; 3) an informal 1981-B Program Investors Committee has been organized in Philadelphia since the summer of 1983, has retained Philadelphia counsel, and has already conducted in Philadelphia an extensive preliminary investigation of the facts surrounding the 1981-B Program that may be useful to the litigants in this docket; and 4) the Eastern District of Pennsylvania has been designated an acceptable transferee forum by all responding parties except the plaintiffs in the Texas action.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending outside the Eastern District of Pennsylvania be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Donald W. VanArtsdalen for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

3/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-607 -- IN RE TOWNER PETROLEUM COMPANY SECURITIES LITIGATION

### Central District of California

Arthur F. Pizzinat, et al. v. Bateman Eichler, Hill Richards, Inc., et al., C.A. No. 84-4024

### Northern District of Georgia

Terrence D. Hughey, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. C84-1074A

### District of Maryland

Mary Ellen R. Brush, et al. v. Legg Mason Wood Walker, Inc., C.A. No. K84-2197

### District of Massachusetts

Ernest H. Augat, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. 84-1694 Z

### Western District of North Carolina

James H. Glenn, Jr., et al. v. Towner Leveraged Private Program 1981-B, Ltd., C.A. No. C-C-84-278-M

### Western District of Pennsylvania

Allen J. Cousin, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. C84-1325

Paul Robert Johnston, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. 84-1430

### Middle District of Pennsylvania

Harold Kaplan, et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. 84-0935

### District of South Carolina

Edward K. Pritchard, Jr., et al. v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. 83-1302-8

### Western District of Tennessee

John J. Shea v. Towner Leveraged Private Program 1981-B, Ltd., et al., C.A. No. 84-2428-HA

### Southern District of Texas

Daniel L. Davis, et al. v. Eppler, Guerin & Turner, Inc., et al., C.A. No. H-84-2453

### Eastern District of Pennsylvania

John T. Synnestvedt, et al. v. Towner Petroleum Co., et al., C.A. No. 84-2635